THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BOWES *et al.*, | CASE NO. C19-1794-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulated motion to set a case schedule filed in *S.L. Anderson & Sons Inc. v. Paccar, Inc.*, C18-0742-JCC, Dkt. No. 73 (W.D. Wash. 2020). In that motion, the parties ask the Court to enter their proposed case schedule in both that case and this one. *See id.* at 2.[1] Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Discovery will close on May 28, 2021;
2. Plaintiffs must file their expert disclosures and expert reports no later than May 28, 2021;

---

[1] The parties also state that this matter "should be consolidated for discovery purposes" with *S.L. Anderson & Sons Inc. v. Paccar, Inc.*, C18-0742-JCC (W.D. Wash. 2018). *See S.L. Anderson & Sons Inc.*, C18-0742-JCC, Dkt. No. 73 at 2. The parties do not cite legal authority in support of their request, and the Court declines to grant their request at this time.

MINUTE ORDER
C19-1794-JCC
PAGE - 1

3. Defendants must file their expert disclosures and expert reports no later than September 24, 2021;

4. Expert depositions must be completed no later than November 26, 2021;

5. Plaintiffs' motion for class certification must be filed no later than December 17, 2021;

6. Defendants' response to Plaintiffs' motion for class certification must be filed no later than February 18, 2022; and

7. Plaintiffs' reply in support of their motion for class certification must be filed no later than March 18, 2022.

DATED this 31st day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk